IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EASA BEGZAD,

        Plaintiff,

v.

CITY OF HAYWARD, et al.,

        Defendants.

NO. C03-2163 TEH

ORDER TO SHOW CAUSE

      The Court has reviewed the April 19, 2005 letter submitted by counsel to Magistrate Judge James Larson requesting that the mandatory settlement conference in this case be set for May 27, 2005. However, pursuant to this Court's Order for Pretrial Preparation, which was signed by both counsel for Begzad and counsel for the City Defendants at the March 8, 2004 case management conference, the mandatory settlement conference must be held no later than five calendar days before the pretrial conference. Order for Pretrial Preparation at 8. The pretrial conference in this case is scheduled for May 23, 2005, *id.* at 1, and the deadline for the mandatory settlement conference is therefore May 18, 2005 – nine days prior to the parties' requested date.

      IT IS HEREBY ORDERED that counsel for both parties shall show cause as to why monetary sanctions should not be imposed for their failure to comply with the Court's order. The show cause hearing shall occur on **Monday, May 2, 2005, at 10:00 AM.** Any written responses shall be filed on or before **Tuesday, April 26, 2005.**

**IT IS SO ORDERED.**

DATED   04/20/05                                /s/
                                                      THELTON E. HENDERSON, JUDGE
                                                      UNITED STATES DISTRICT COURT