| | |
|---|---|
| MICHAEL J. O'TOOLE (SBN 97779)<br>City Attorney<br>RANDOLPH S. HOM (SBN 152833)<br>Assistant City Attorney<br>CITY OF HAYWARD<br>777 "B" Street<br>Hayward, California 94541<br>Telephone: (510) 583-4450<br>Facsimile:  (510) 583-3660 | **~~CHAMBERS~~** |

Attorneys for Defendant Kenneth Hedrick and Keith Bryan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASA BEGZAD,<br><br>           Plaintiff,<br><br>   -vs-<br><br>KEN HEDRICK, KEITH BRYAN, SHERMAN L. BALCH, SHIRLEY C. BALCH, and SANDY FRESNO,<br><br>           Defendants. | Case No:. C 03 2163 (TEH)<br><br>(~~PROPOSED~~) ORDER<br><br>Date     :  May 13, 2005<br>Time     :  11:00 a.m.<br>Crtrm.   :  E<br>              450 Golden Gate Avenue,<br>              15th Floor<br>              San Francisco, California<br><br>Magistrate Judge Elizabeth Laporte |

      The parties discovery dispute regarding Defendants' deposition of Plaintiff's Expert Witness, Thomas Streed, came on regularly for hearing on May 13, 2005, at 11:00 a.m., in Courtroom E, of the above-referenced court. All parties appearing by way of their respective counsel via telephone and good cause appearing therefor:

      IT IS HEREBY ORDERED that:

      1.     The deposition of Plaintiff's Expert Witness, Thomas Streed, shall take place on

---

Begzad v. Hedrick, et al.                                                                      (Proposed) Order
Case No. 03 2163 (TEH)

1

1  the afternoon of May 16, 2005, or ~~on the afternoon of~~ May 17, 2005, at
2  Defendants' counsel's office located at the Hayward City Attorney's Office, 777
3  B Street in Hayward, California.  It may be videotaped by Plaintiff.

6  DATED: May  16 , 2005

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

_____
ELIZABETH D. LAPORTE
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT