IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EASA BEGZAD,

          Plaintiff,

v.

CITY OF HAYWARD, et al.,

          Defendants.

NO. C03-2163 TEH

ORDER RE: WAIVED OBJECTIONS

The deadline for filing objections to disputed jury instructions and special verdict forms passed on May 31, 2005. The only objections filed with the Court were Defendants' objections to Plaintiff's separately proposed jury instructions. Therefore, Plaintiff has waived any objections to Defendants' separately proposed jury instructions and special verdict form, and Defendants have waived any objections to Plaintiff's proposed special verdict form.[1]

**IT IS SO ORDERED.**

DATED   06/03/05

          /s/
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] This order should not be read as accepting all of the proposed jury instructions and special verdict forms to which no objections were filed. To the contrary, the Court may find reasons for rejecting some or all of the proposals even in the absence of objections from the opposing party.