1  Salim Khawaja (CA State Bar #167650)
   Law Offices of Salim Khawaja, APC
2  3100 Mowry Avenue, Suite 300
   Fremont, CA 94538-1509
3  Ph.:     (510) 818-9001
   Fax:     (510) 818-1692
4
   Attorney for:  Plaintiff Easa Begzad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| EASA BEGZAD, | ) | Case No.  C 03-02163 TEH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PLAINTIFF'S REQUEST TO BRING TRIAL APPARATUS |
| HAYWARD POLICE DEPARTMENT, KENNETH HEDRICK; KEITH BRYAN, | ) | |
| Defendants. | ) | |

Plaintiff hereby respectfully requests an order allowing plaintiff to bring and use a screen for the projector at the time of trial.

Dated:     September 13, 2005          By: _____/S/_____
                                           Salim Khawaja, attorney for Plaintiff
                                           Easa Begzad

**ORDER**

IT IS SO ORDERED.

Dated: _____Sept. 14, 2005_____     _____
                                       Thelton E. Henderson
                                       United States District

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Thelton E. Henderson]

1
PLAINTIFF'S REQUEST TO BRING TRIAL APPARATUS