Salim Khawaja (CA State Bar #167650)
Law Offices of Salim Khawaja, APC
3100 Mowry Avenue, Suite 300
Fremont, CA 94538-1509
Ph.:   (510) 818-9001
Fax:   (510) 818-1692

Attorney for:  Plaintiff Easa Begzad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| EASA BEGZAD,<br><br>         Plaintiff,<br><br>vs.<br><br>HAYWARD POLICE DEPARTMENT, KENNETH HEDRICK; KEITH BRYAN,<br><br>         Defendants. | Case No.  C 03-02163 TEH<br><br>PLAINTIFF'S REQUEST TO BRING TRIAL APPARATUS |

       Plaintiff hereby respectfully requests an order allowing plaintiff to bring and use a projector at the time of trial.

Dated:      September 16, 2005         By: _____/S/_____
                                            Salim Khawaja, attorney for Plaintiff
                                            Easa Begzad

**ORDER**

       IT IS SO ORDERED.

Dated: _____09/19/05_____        _____
                                            Thelton E. Henderson
                                            United States District Judge

1
PLAINTIFF'S REQUEST TO BRING TRIAL APPARATUS