IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EASA BEGZAD,

        Plaintiff,

v.

KENNETH HEDRICK and KEITH BRYAN,

        Defendants.

NO. C03-2163 TEH

ORDER RE: TIME LIMITS

Having taken into account the positions of counsel and the record in this case, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall have 12 hours to present their case.

2. Defendants shall also have 12 hours to present their case.

3. The above time limits shall include all time spent on opening statements, direct examination, cross-examination, rebuttal, and closing arguments.

4. Any significant gaps in time caused by the failure of a party to have a witness available to testify will be subtracted from the time allotted to that party.

5. The Court is persuaded that the above time limits will be more than adequate to provide for a fair trial of this case, provided that cumulative testimony is avoided and counsel are prepared to proceed in an organized and efficient manner. As a result, the Court will only entertain requests to extend the above time limits if counsel can demonstrate good cause and that they have not wasted the time allotted to them.

**IT IS SO ORDERED.**

DATED   09/20/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT